UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| LISA WHITE as Surviving Natural Parent and Next of Kin of AARON BEVER, Deceased, | ) ) ) ) | |
| v. | ) ) | No. 2:14-CV-172 Phillips/Inman |
| WASHINGTON COUNTY, TENNESSEE, *et al.*, | ) ) ) | |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the motion to dismiss filed by Washington County and Sheriff Graybeal [Doc. 7] is **DENIED in part** as the Court declines to dismiss the TGTLA claims on jurisdictional grounds and **GRANTED in part** whereby the official capacity claims against Sheriff Graybeal are **DISMISSED**. SHP's motion to dismiss [Doc. 9] is **GRANTED** and the state law claims against SHP are **DISMISSED with prejudice**.

IT IS SO ORDERED.

                                                  s/ Thomas W. Phillips
                                          SENIOR UNITED STATES DISTRICT JUDGE